**Order entered June 6, 2016**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-16-00219-CV
No. 05-16-00642-CV

### ATHAS HEALTH, LLC D/B/A NORTH AMERICAN SPINE, Appellant

V.

### MELODY TREVITHICK, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PAUL TREVITHICK, DECEASED, DAMON TREVITHICK, AND SEDRIC TREVITHICK, INDIVIDUALLY, Appellees

**On Appeal from the 68th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-06184**

## ORDER

We **GRANT** appellant's June 3, 2016 unopposed motion to consolidate. We **ORDER** the appeal docketed as appellate cause number 05-16-00642-CV **CONSOLIDATED** into the appeal docketed as appellate cause number 05-16-00219-CV. We **DIRECT** the Clerk of this Court to transfer all papers from appellate cause number 05-16-00642-CV to appellate cause number 05-16-00219-CV. Henceforth, all documents shall bear appellate cause number 05-16-00219-CV. We administratively close appellate cause number 05-16-00642-CV.

/s/      ELIZABETH LANG-MIERS
         JUSTICE